BURLINGTON ISLAND AMUSEMENT CO., PLAINTIFF, v.
BURLINGTON ISLAND PARK CO., DEFENDANT.

Submitted October term, 1929—Decided December 2, 1929.

Before Justices PARKER, BLACK and BODINE.

For the plaintiff, *Henry M. Hartman.*

For the defendant, *Norman W. Harker.*

PER CURIAM.

This suit was brought to recover damages for a breach of
a lease of a tract of land at Burlington Island, Burlington
county, New Jersey. A rule to show cause was allowed, why
the venue should not be changed from Mercer county to
Burlington county. The principal office in the charter of
the plaintiff is alleged to be in Trenton, Mercer county. The
venue is laid in Mercer county. Under the rules laid down
in such cases as *Keeley* v. *Borough of Belmar*, 97 *N. J. L.* 98,
there is no sufficient reason shown for changing the venue.
Under such cases as *Clement* v. *Stanger*, 75 *N. J. L.* 287,
the action is transitory and not local. It is brought solely to
recover damages for the breach of the lease. The rule to
show cause is discharged, with costs.